# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ESMERALDA BECERRA OCHOA, et al.,<br>  Plaintiffs,<br>v.<br>CITY OF SUNNYVALE, et al.,<br>  Defendants. | Case No. 25-cv-00712-VKD<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT**<br>Re: Dkt. No. 32 |

The parties advise that they have settled this matter. Dkt. No. 32. Accordingly, all pending deadlines and appearances are vacated. On or before **February 4, 2026**, a stipulated dismissal shall be filed pursuant to Fed. R. Civ. P. 41.

If a dismissal is not filed by that date, then the parties shall appear in Courtroom 2, 5th Floor, 280 South First Street, San Jose, California 95113 on **February 10, 2026 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). In advance of the show cause hearing, the parties shall file a statement no later than **February 6, 2026** advising as to (1) the status of their efforts to resolve the matter; and (2) how much additional time, if any, is requested to file a dismissal. The parties' status report shall not disclose the substance of any settlement discussions. If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

**IT IS SO ORDERED.**

Dated: November 3, 2025

Virginia K. DeMarchi
United States Magistrate Judge